940

No. 83–5733. NORMAN v. LUCAS, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 83–5856. MOWERY v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 83–5866. KAJFASZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–5961. BROUGHTON v. NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–5967. GREEN v. UNITED STATES;
No. 83–5972. BEY v. UNITED STATES; and
No. 83–6026. BEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Reported below: 723 F. 2d 899.

No. 83–5971. BOYKINS v. BLACKBURN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 83–5982. RHODES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–6010. EDEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6070. NICHOLS v. GAGNON, SUPERINTENDENT, FOX LAKE CORRECTIONAL INSTITUTION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–6075. MCCOY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 83–6102. GOOD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–6139. JERMOSEN v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. Ct. App. N. Y. Certiorari denied.

No. 83–6206. SOUTHWORTH v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 83–6241. LUCIEN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.